**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00379-LTB-02

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JEREMY VIGIL,
a/k/a Jeromy Vigil

       Defendant.

**ORDER DISMISSING PETITION ON PROBATION AND VACATING HEARING**

       This matter comes before the Court upon report of the Probation Officer concerning the Petition for Issuance of Summons Due to Violation of Probation filed on September 15, 2014, and the Court now being advised that the defendant has complied with making monthly restitution payments, which is the only basis for the violation. Accordingly, it is

       ORDERED that the Petition be dismissed and the Probation Revocation Hearing set for April 2, 2015, be vacated.

       DATED at Denver, Colorado, this __20th__ day of March, 2015.

       BY THE COURT:

       ___s/Lewis T. Babcock_____
       Lewis T. Babcock
       Senior United States District Judge